UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID URIAS, | Case No. CV 07-7155-JVS (RNB) |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| ROBERT A. HOREL, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that unless petitioner files either a First Amended Petition limited to his already exhausted claims (i.e., Grounds two, three and five) or a notice of withdrawal of Ground one within 20 days of the entry of this Order, Judgment be entered denying the Petition and dismissing this action without prejudice for failure to exhaust state remedies.

DATED: 3, 19, 08

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1