*Entered*
*JS-6*

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAVID URIAS,

               Petitioner,

    vs.

ROBERT A. HOREL,

               Respondent.

Case No.  CV 07-7155-JVS (RNB)

**J U D G M E N T**

       Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

       IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _____*9.23.08*_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY